UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYLER ROBERT PANG,<br><br>                    Plaintiff,<br><br>  -v-<br><br>TRANS UNION, LLC, and<br>CORELOGIC CREDCO, LLC,<br><br>                    Defendants. | Civil Action No.: 2:19-cv-13874-SDW-ESK |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT CORELOGIC CREDCO, LLC**

Plaintiff Tyler Robert Pang and Defendant CoreLogic Credco, LLC jointly file this Stipulation of Dismissal and pursuant to Fed R. Civ. P. 41(a), hereby stipulate and agree to the dismissal of Plaintiff Tyler Robert Pang's claims against CoreLogic Credco, LLC with prejudice. This stipulation of dismissal does not dispose of Plaintiff's claims against Defendant Trans Union, LLC.

Dated: January 31, 2020

                                               *s/ Stephen J. Steinlight*
                                               Stephen J. Steinlight
                                               Troutman Sanders LLP
                                               875 Third Avenue
                                               New York, New York 10022
                                               T: (212) 704-6227
                                               stephen.steinlight@troutman.com
                                               *Attorney for Defendant CoreLogic Credco, LLC*

                                               *s/ Jacob M. Polakoff*
                                               Jacob M. Polakoff
                                               Berger Montague PC
                                               1818 Market Street, Suite 3600
                                               Philadelphia, Pennsylvania 19103
                                               T: (215) 875-5816
                                               jpolakoff@bm.net
                                               *Attorney for Plaintiff Tyler Robert Pang*

**CERTIFICATION AND CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to counsel of record. Service of the foregoing was within the time prescribed by the Rules of the Court.

*/s/ Stephen J. Steinlight*
Stephen J. Steinlight

**TROUTMAN SANDERS LLP**
*Attorneys for Defendant*
*CoreLogic Credco, LLC*