Jacob M. Polakoff, Bar No. 035832006
jpolakoff@bm.net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel. 215.875.3000
Fax 215.875.4604

Hans W. Lodge, MN Bar No. 0397012
(Admitted *pro hac vice*)
hlodge@bm.net
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel. 612.607.7794
Fax 612.584.4470

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | |
|---|---|
| TYLER ROBERT PANG, ) | |
| Plaintiff, ) | |
| ) | Case No. 2:19-cv-13874-SDW-LDW |
| v. ) | |
| ) | |
| TRANS UNION, LLC, and ) | |
| CORELOGIC CREDCO, LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Tyler Robert Pang ("Plaintiff"), and Defendant Trans Union, LLC ("Defendant"), hereby notify the Court that the parties have agreed in principle to

1

settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the settlement papers. The parties intend to file dismissal papers as soon as practicable, but respectfully request that the parties are given thirty (30) days to file the dismissal papers. Accordingly, the parties request that the Court vacate all current scheduling deadlines.

Dated: March 11, 2020                           Respectfully submitted,

| | |
|---|---|
| /s/*Jacob M. Polakoff*<br>**Jacob M. Polakoff**<br>jpolakoff@bm.net<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel. 215.875.3000 | **Guerino Cento**<br>cento@centolaw.com<br>Cento Law, LLC<br>5666 Carrollton Avenue<br>Indianapolis, IN 46220<br>Telephone: (317) 908-0678<br>Admitted *pro hac vice*<br><br>*ATTORNEYS FOR PLAINTIFF* |
| **Hans W. Lodge**<br>hlodge@bm.net<br>BERGER MONTAGUE PC<br>43 SE Main Street, Suite 505<br>Minneapolis, MN 55414<br>Telephone: (612) 607-7794<br>Fax: (612) 584-4470<br>Admitted *pro hac vice* | */s/William Robert Brown*<br>**William Robert Brown**<br>SCHUCKIT & ASSOCIATES, P.C.<br>4545 Northwestern Drive<br>Zionsville, Indiana 46077<br>Email: wbrown@schuckitlaw.com<br><br>*ATTORNEY FOR DEFENDANT,<br>TRANS UNION, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2020 the foregoing was filed via the Court's CM/ECF system, which will send Notice to all counsel of record.

Date: March 11, 2020  /s/*Jacob M. Polakoff*
Jacob M. Polakoff