William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

| | |
|---|---|
| TYLER ROBERT PANG,<br>　　　　　Plaintiff,<br>　vs.<br><br>TRANS UNION, LLC and<br>CORELOGIC CREDCO, LLC;<br>　　　　　Defendants. | CASE NO. 2:19-cv-13874-SDW-ESK<br><br>Judge Susan D. Wigenton<br>Magistrate Judge Edward S. Kiel |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC**

Plaintiff Tyler Robert Pang ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date:   May 5, 2020　　　　　　　　　　*s/ Hans W. Lodge (w/consent)*
　　　　　　　　　　　　　　　　　　　　Guerino Cento, Esq.
　　　　　　　　　　　　　　　　　　　　Cento Law, LLC
　　　　　　　　　　　　　　　　　　　　5666 Carrollton Avenue
　　　　　　　　　　　　　　　　　　　　Indianapolis, IN 46220
　　　　　　　　　　　　　　　　　　　　Telephone:  (317) 908-0678
　　　　　　　　　　　　　　　　　　　　E-Mail:  cento@centolaw.com

Hans W. Lodge, Esq.
E. Michelle Drake, Esq.
Berger Montague, P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 607-7794
Fax: (612) 584-4470
E-Mail: hlodge@bm.net

*Counsel for Tyler Robert Pang*

Date: May 6, 2020

s/ William R. Brown
William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **6th day of May, 2020.** Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Guerino Cento, Esq. <br> cento@centolaw.com | E. Michelle Drake, Esq. <br> emdrake@bm.net |
|---|---|
| Hans W. Lodge, Esq. <br> hlodge@bm.net | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **6th day of May, 2020** properly addressed as follows:

| None | |
|---|---|

*s/ William R. Brown*
William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*