William R. Brown, Esq. (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

---

TYLER ROBERT PANG,
Plaintiff,
vs.

TRANS UNION, LLC and
CORELOGIC CREDCO, LLC;
Defendants.

CASE NO. 2:19-cv-13874-SDW-ESK

Judge Susan D. Wigenton
Magistrate Judge Edward S. Kiel

---

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC**

---

Plaintiff Tyler Robert Pang, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Tyler Robert Pang against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Tyler Robert Pang and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: May 8, 2020

***s/ Susan D. Wigenton***
JUDGE, United States District Court,
District of New Jersey

DISTRIBUTION TO:

| | |
|---|---|
| Guerino Cento, Esq.<br>cento@centolaw.com | E. Michelle Drake, Esq.<br>emdrake@bm.net |
| William R. Brown, Esq.<br>wbrown@schuckitlaw.com | Hans W. Lodge, Esq.<br>hlodge@bm.net |